**STATE of Missouri, Respondent,**

v.

**Fred R. ROBLES, Appellant.**

**No. WD 39462.**

Missouri Court of Appeals,
Western District.

March 22, 1988.

James F. Speck, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of second degree murder and armed criminal action, §§ 565.-021.1 and 571.015, RSMo 1986, and sentence of concurrent terms of ten (10) years and three (3) years imprisonment.

Affirmed. Rule 30.25(b).

**STATE of Missouri Respondent,**

v.

**Bobby C. HUGHES, Appellant.**

**No. WD 39667.**

Missouri Court of Appeals,
Western District.

March 22, 1988.

James J. Wheeler, Keytesville, for appellant.

William L. Webster, Atty. Gen., John M. Morris, L. Timothy Wilson, Asst. Attys. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

PER CURIAM:

### ORDER

Direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

**In re The Interest of R.R., Jr.;**

**JUVENILE OFFICER, Respondent,**

v.

**A.P. (Natural Mother), Appellant.**

**No. WD 39464.**

Missouri Court of Appeals,
Western District.

March 22, 1988.

Edward Berg, Columbia, for appellant.

Leslie Ann Schneider, Columbia, for respondent.

Before MANFORD, P.J., and TURNAGE and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from order terminating parental rights, § 211.447, RSMo.1980, placing child under supervision of the Division of Family Services for adoptive placement.

Affirmed. Rule 84.10(b).